UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 04-cr-00102-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

2. PATRICIA SOEHNGE,

   Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Motion to Permit Counsel to Provide Federal Presentence Investigation Report to State Defense Counsel for Use in State Case filed April 20, 2006.  The motion seeks permission for counsel to provide the presentence report dated December 7, 2006, prepared by the United States Probation Office, to Defendant's court-appointed defense counsel in a state court proceeding in Jefferson County, Colorado, Case No. 05-CR-2470, for use in that case. Defendant indicates that Assistant United States Attorney Matthew Kirsch and Probation Officer Anthony Merlo have no objection to releasing the report under the circumstances proposed in the Motion.

Having reviewed the motion and being fully advised in the premises, it is

ORDERED that Defendant's Motion to Permit Counsel to Provide Federal Presentence Investigation Report to State Defense Counsel for Use in State Case filed April 20, 2006, is **GRANTED**.  Consistent therewith, it is

ORDERED that Defendant is permitted to release the Presentence Investigation Report dated December 7, 2005, to defense counsel in the state court proceeding, to be provided to the State Court Judge and the prosecutor, subject to the conditions contained in the motion, including that the report be maintained under seal.

Dated: April 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge