IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00102-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PATRICIA SOEHNGE,

       Defendant.

ORDER FINDING DEFENDANT UNABLE TO OBTAIN COUNSEL
PURSUANT TO 18 U.S.C. § 3006A

Daniel, Judge

This matter comes before the court on Defendant's Motion to Declare Defendant Unable to Retain Counsel with supporting Financial Affidavit, CJA Form 23. After careful review and consideration of the above referenced motion and supporting financial affidavit, the court finds that Defendant Patricia Soehnge is financially unable to obtain counsel. Accordingly, Defendant's Motion to Declare Defendant Unable to Retain Counsel is **GRANTED**.

Dated: May 25, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge